# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **INTELLECTUAL VENTURES II LLC**, | |
| Plaintiff, | |
| v. | Civil Action No. 6:24-cv-188-ADA |
| **TESLA, INC.**, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## JOINT MOTION & STIPULATION TO TRANSFER VENUE TO AUSTIN DIVISION

WHEREAS, on April 12, 2024, Intellectual Ventures II LLC ("IV") filed the above-captioned action against Defendant Tesla, Inc. ("Tesla"), in the United States District Court for the Western District of Texas, Waco Division.

WHEREAS, in the above-captioned action, IV alleges infringement of United States Patent Nos. 7,336,805; 9,706,500; 10,292,138; 10,952,153; 8,898,395; 10,136,416; 7,916,180; 9,232,158; 7,181,743; 6,894,639; 11,206,670; and 11,664,889.

WHEREAS, the above-captioned action could have been brought in the Austin Division of the Western District of Texas.

WHEREAS, the parties met and conferred and agreed to stipulate to the transfer of the case to the Western District of Texas, Austin Division from the Western District of Texas, Waco Division.

WHEREAS, the parties seek to avoid the costs associated with motion practice.

WHEREAS, IV requests that Judge Alan Albright remain as the Judge in Western District of Texas, Austin Division and Tesla does not oppose IV's request.

NOW, THEREFORE, IV and Tesla, stipulate and jointly move this Court to enter an Order transferring the above-captioned action to the Western District of Texas, Austin Division, pursuant to 28 U.S.C. § 1404(b).

Dated: August 1, 2024

Respectfully Submitted,

FISH & RICHARDSON P.C.

By: */s/ Matt Colvin*
Aamir A. Kazi (admitted to W.D. Tex.)
kazi@fr.com
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
(404) 892-5005

>Daniel R. Gopenko (admitted to W.D. Tex.)
>gopenko@fr.com
>1000 Maine Ave SW, Suite 1000
>Washington, DC 20024
>(202) 783-5070
>
>David M. Hoffman
>Texas Bar No. 24046084
>hoffman@fr.com
>111 Congress Avenue, Suite 2000
>Austin, TX 78701
>(512) 472-5070
>
>Matt Colvin
>Texas Bar No. 24087331
>colvin@fr.com
>Michael Ellis
>ellis@fr.com
>Texas Bar No. 24102726
>1717 Main Street, Suite 5000
>Dallas, TX 75201
>(214) 747-5070
>
>Kathryn Quisenberry
>Texas Bar No. 24105639
>quisenberry@fr.com
>909 Fannin Street, Suite 2100
>Houston, TX 77010
>(713) 654-5300
>
>Bernard C. Cryan (pro hac vice forthcoming)
>cryan@fr.com
>12860 El Camino Real, Suite 400
>San Diego, CA 92130
>(858) 678-5070

TESLA, INC.

>Alex Hanna (pro hac vice)
>DC Bar No. 975725
>CA Reg. In-House Counsel
>alehanna@tesla.com
>3000 Hanover Street
>Palo Alto, CA 94304
>(650) 586-2409

**COUNSEL FOR DEFENDANT, TESLA, INC.**

Dated: August 1, 2024                    RESPECTFULLY SUBMITTED,

By: */s/ John W. Downing*
    Jonathan K. Waldrop (CA Bar No. 297903)
    (Admitted in this District)
    jwaldrop@kasowitz.com
    Darcy L. Jones (CA Bar No. 309474)
    (Admitted in this District)
    djones@kasowitz.com
    Marcus A. Barber (CA Bar No. 307361)
    (Admitted in this District)
    mbarber@kasowitz.com
    John W. Downing (CA Bar No. 252850)
    (Admitted in this District)
    jdowning@kasowitz.com
    Heather S. Kim (CA Bar No. 277686)
    (Admitted in this District)
    hkim@kasowitz.com
    ThucMinh Nguyen (CA Bar No. 304382)
    (Admitted in this District)
    tnguyen@kasowitz.com
    **KASOWITZ BENSON TORRES LLP**
    333 Twin Dolphin Drive, Suite 200
    Redwood Shores, California 94065
    Telephone: (650) 453-5170
    Facsimile: (650) 453-5171

    Mark D. Siegmund (TX Bar No. 24117055)
    msiegmund@cjsjlaw.com
    **CHERRY JOHNSON SIEGMUND JAMES PLLC**
    The Roosevelt Tower
    400 Austin Avenue, 9th Floor
    Waco, Texas 76701
    Telephone: (254) 732-2242

    **Attorneys for Plaintiff**
    **INTELLECTUAL VENTURES II LLC**

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 1, 2024, and was served via CM/ECF on all counsel of record.

*/s/Matt Colvin*
Matt Colvin